%JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
DENNIS A. LARSON and KATHRYN LARSON,

### DEFENDANTS
HOMECOMINGS FINANCIAL, LLC,

**(b)** County of Residence of First Listed Plaintiff   **Clark County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   **Pennsylvania**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Dennis A. Larson, Kathryn Larson, In Pro Per, 698 Riverband Place, Henderson, Nevada 89052

Attorneys (If Known)
Peter E. Dunkley, Esq., WOLFE & WYMAN LLP, 840 Grier Drive, Suite 370, Las Vegas, NV 89119 (702) 476-0100

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1   U.S. Government Plaintiff
- ☐ 3   Federal Question (U.S. Government Not a Party)
- ☐ 2   U.S. Government Defendant
- ☒ 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☒ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. section 1441(b)
Brief description of cause:
Diversity of citizenship of parties

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE
06/04/2009

SIGNATURE OF ATTORNEY OF RECORD
/s/ Peter E. Dunkley, Esq.

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

1  Rachel E. Donn, Esq.
   Nevada Bar No.: 10568
2  Peter E. Dunkley, Esq.
   Nevada Bar No.: 11110
3  **WOLFE & WYMAN LLP**
   840 Grier Drive, Suite 370
4  Las Vegas, NV  89119
   Tel: (702) 476-0100
5  Fax: (702) 476-0101

6  Attorneys for Defendants
   **HOMECOMINGS FINANCIAL, LLC and**
7  **EXECUTIVE TRUSTEE SERVICES, LLC**

8               UNITED STATES DISTRICT COURT

9                FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS A. LARSON and KATHRYN LARSON | CASE NO.: |
| Plaintiffs, | Nevada District Court Case No.: A583647<br>Dept. No.: XX |
| v. | **PETITION FOR REMOVAL** |
| HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMING FINANCIAL NETWORKING, INC.), NATIONSTAR MORTGAGE, INC>, EXECUTIVE TRUSTEE SERVICES, LLC, AND DOES I-X, ROES I-X INCLUSIVE, | |
| Defendants. | |

20  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21        PLEASE TAKE NOTICE that Defendants HOMECOMINGS FINANCIAL, LLC, and

22  EXECUTIVE TRUSTEE SERVICES, LLC (hereinafter "Defendants"), by and through their

23  attorneys, Wolfe & Wyman LLP, notice the removal of this action to the United States District Court

24  and, in support thereof, states the following:

25        1.    HOMECOMINGS FINANCIAL, LLC is a Defendant in the above-entitled action,

26  commenced in Nevada District Court, in and for the County of Clark, Nevada and now pending in

27  that Court.  Upon information and belief, Defendant HOMECOMINGS FINANCIAL, LLC has not

28  been properly served.

2.      EXECUTIVE TRUSTEE SERVICES, LLC is a Defendant in the above-entitled action, commenced in Nevada District Court, in and for the County of Clark, Nevada and now pending in that Court. Upon information and belief, Defendant EXECUTIVE TRUSTEE SERVICES, LLC, has not been properly served.

3.      Upon information and belief, service of the Summons and Complaint has not been served upon Defendant NATIONSTAR MORTGAGE, INC.

4.      Upon information and belief, this matter was commenced when Plaintiff, appearing *pro per,* filed a Complaint and Lis Pendens in the Nevada District Court, Clark County, Nevada on February 26, 2009. A true copy of this Complaint is annexed hereto as Exhibit "A." A true copy of the Lis Pendens is annexed hereto as Exhibit "B."

5.      Defendants remove this case pursuant to 28 U.S.C. §1441(b) based on the diversity of citizenship of parties.

6.      Upon information and belief, Plaintiff is a resident of the State of Nevada. (Complaint ¶ 1.) Defendant HOMECOMINGS FINANCIAL, LLC is a Delaware limited liability corporation with its principal place of business in Pennsylvania. Defendant EXECUTIVE TRUSTEE SERVICES, LLC is a Delaware corporation with its principal place of business in California. Defendant NATIONSTAR MORTGAGE, INC., is a Delaware corporation with its principal place of business in Texas.

7.      Pursuant to 28 U.S.C. §1332(a), there is a sufficient amount in controversy as the loan which is a subject of Plaintiff's Complaint was for $200,000.00. A copy of the Deed of Trust is annexed hereto as Exhibit "C."[1] Additionally, Plaintiff seeks punitive damages, (Complaint ¶ 33) and treble damages (Complaint ¶ 57). The amount in controversy exceeds the minimum of $75,000.00.

8.      Upon information and belief, there are no named co-defendants which have been served who are not appearing in this notice of removal.

---

[1] This Court may take judicial notice of a publically recorded document. Fed. R. Evid. 201(b); United States v. Howard, 381 F.3d 873, 876, fn. 1 (9th Cir. 2004).

9. Based on the above-referenced allegations, pursuant to 28 U.S.C. §1441, *et seq.*, Defendants are entitled to remove this entire action from the Nevada State District Court, Clark County, Nevada, to the United States District Court, District of Nevada, and said Defendants so wish to exercise that right.

10. Pursuant to 28 U.S.C. §1446(a), Defendants have annexed all process, pleadings, and orders served upon it which are described above, and which are attached hereto as Exhibits "A" and "B".

11. Pursuant to 28 U.S.C. §1441(c), a true copy of this Removal has been filed concurrently with the Nevada State District Court, Clark County, and served upon the Plaintiff.

12. Defendants reserve the right to supplement this Notice of Removal when additional information becomes available. They further reserve all rights including, but not limited to, defenses and objections as to venue, personal jurisdiction and service. The filing of this Notice of Removal is subject to, and without waiver of any such defense or objection.

DATED: June 4, 2009            WOLFE & WYMAN LLP


By: /s/ *Peter E. Dunkley*
RACHEL E. DONN, ESQ.
Nevada Bar No. 10568
PETER E. DUNKLEY, ESQ.
Nevada Bar No.: 11110
840 Grier Drive, Suite 370
Las Vegas, NV 89119
Phone (702) 476-0100
Fax (702) 476-0101

Attorneys for Defendants
**HOMECOMINGS FINANCIAL, LLC and EXECUTIVE TRUSTEE SERVICES, LLC**

H:\Matters\GMAC Mortgage Corporation (1353.002)\265 (Larson)\Pleadings\Petition For Removal.doc

# CERTIFICATE OF SERVICE

1. On _____ I served the _____ by the following means to the persons as listed below:

    ___    a.    EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

2. On June 4, 2009, I served the PETITION FOR REMOVAL by the following means to the persons as listed below:

    _X_    b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Dennis A. Larson and
Kathryn Larson
698 Riverband Place
Henderson, NV 89052

Plaintiffs in Pro Se

                                 By:   /s/ *Katia Ioffe*
                                         Katia Ioffe
                                         An employee of Wolfe & Wyman LLP

Executed on June 4, 2009, at Las Vegas, Nevada